William B. SWIFT, Appellant, v. UNITED STATES of America, Appellee.

No. 12758.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Spurgeon E. Bell, Houston, Tex., H. S. Beard, Waco, Tex., King C. Haynie, Houston, Tex., for appellant.

William R. Eckhardt, III, Asst. U. S. Atty., Houston, Tex., Brian S. Odem, U. S. Atty., Houston, Tex., for appellee.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Petition for Naturalization of TUNG SUN; United States of America, Appellant.

No. 9998.

United States Court of Appeals
Third Circuit.

Argued Feb. 9, 1950.

Decided March 15, 1950.

James P. McCormick, Asst. U. S. Atty., Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., James P. McCormick, Asst. U. S. Atty., Philadelphia, Pa., F. W. Braden, District Adjudications Officer Immigration and Naturalization Service, Philadelphia, Pa., on the brief), for appellant.

Marvin M. Neuman, Philadelphia, Pa., amicus curiæ.

Before GOODRICH, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

The order of the District Court will be affirmed.